IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01645-EWN-MJW

OREN URICH,

Plaintiff,

v.

GUIDANT CORPORATION, and
GUIDANT SALES CORPORATION,

Defendants.

MINUTE ORDER

      It is hereby ORDERED that the Joint Motion to Vacate Order on Motion for Extension of Time (docket no. 18) is GRANTED.  The status conference set on November 28, 2005, at 9:00 a.m. is vacated and RESET to January 5, 2006, at 9:00 a.m.

Date: November 23, 2005